# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0138. TERRY DEWAYNE GREEN v. THE STATE.

In 2023, Terry Dewayne Green entered a negotiated guilty plea to charges of trafficking in methamphetamine and possession of a firearm by a convicted felon. He was sentenced to 40 years, with the first two to be served in confinement and the balance on probation. In May 2025, the State petitioned to revoke Green's probation on the grounds he had committed new offenses. Following a hearing, the trial court revoked Green's probation and sentenced him to serve 20 years in confinement, finding, inter alia, that he had violated the terms of his probation by committing the new felony offense of possession of methamphetamine with intent to distribute. Green then filed this direct appeal. We lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 340 Ga. App. 101, 102 (796 SE2d 487) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (failure to comply with the discretionary appeal procedure, where applicable, requires dismissal of the appeal for lack of jurisdiction).

Green's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/20/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*